UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELISABETH RIVERA, | |
| Plaintiff, | 26-CV-02242 (RFT) |
| -against- | **ORDER** |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On May 26, 2026, the Social Security Administration ("SSA") filed the electronic Certified Administrative Record as its answer to Plaintiff's complaint. Per Rule 6 of the Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g), Plaintiff's opening brief became due June 25, 2026, or 30 days after the SSA filed its answer. Plaintiff has not complied with this deadline.

Accordingly, I am nunc pro tunc extending the deadline for Plaintiff to file her opening brief until **July 1, 2026**.

DATED:  June 29, 2026            SO ORDERED.
        New York, NY

_____

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**